Fill in this information to identify your case:

Debtor 1: Barbara Cottone Salatich
Debtor 2 (Spouse if, filing): 
United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON
Case number (if known): 23-00417-13

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the schedules filed with this declaration and that they are true and correct.

X /s/ Barbara Cottone Salatich
Signature of Debtor 1

Date 5/25/23

X _____
Signature of Debtor 2

Date _____

Official Form 106Dec    Declaration About an Individual Debtor's Schedules